UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAMONT BROUSSARD,

    Plaintiff,

    v.

PIERCE COUNTY JAIL *et al.*,

    Defendants.

Case No. C04-5620RJB

ORDER

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has been granted leave to proceed *in forma pauperis.* Plaintiff's asks the court to order the jail to provide free copies of plaintiff's medical record. (Dkt. # 21). The motion is **DENIED** for two reasons.

    First, there is no indication this motion was served on opposing counsel. The plaintiff must serve a copy of everything he send to the court on opposing counsel. Here, there is no need to re serve the motion as the motion is denied on the merits.

    While plaintiff is proceeding in forma pauperis, this status does not waive the costs associated with litigation other than the filing fee. Plaintiff must pay for all other costs of litigation, including the cost of obtaining copies of his medical record.

    DATED this 11th day of May, 2005.

    */S/ J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge

ORDER