UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAMONT BROUSSARD,

    Plaintiff,

v.

PIERCE COUNTY JAIL *et al.*,

    Defendants.

Case No. C04-5620RJB

ORDER

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff's asks for leave to file an amended complaint. (Dkt. # 41 and 42). He has placed before the court a 28 page proposed amended complaint. (Dkt. # 41). The proposed amended complaint names 7 new defendants only as Jane Does. The proposed amended complaint violates Federal Rule of Civil Procedure 8 as it is not a short plain statement of the case and is instead an unnecessary detailing of plaintiffs subjective feelings and alleged symptoms. The defendants who have been served oppose amendment. (Dkt. # 45).

    This action was commenced nearly one year ago. The case had service issues and an answer

ORDER

1 was not filed until May 27th, 2005. (Dkt. # 34). There is a current scheduling order with a discovery
2 cutoff of December 2nd, 2005. (Dkt. # 37). To allow amendment now, when the proposed amended
3 complaint violates rule 8 and adds only Jane Does who could not be served is unacceptable to the
4 court. The motion is **DENIED.**

5     The Clerk is directed to serve a copy of this order on plaintiff and counsel for defendants.

6     DATED this 6th day of September, 2005.

                                                */S/ J. Kelley Arnold*
                                                J. Kelley Arnold
                                                United States Magistrate Judge

28 ORDER