UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAMONT BROUSSARD,

    Plaintiff,

v.

PIERCE COUNTY JAIL *et al.*,

    Defendants.

Case No. C04-5620RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendant's motion for summary judgement is **GRANTED.** Plaintiff's motion to dismiss the action without prejudice is **DENIED.** This action is **DISMISSED WITH PREJUDICE**

(3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendant, and to the Hon. J. Kelley Arnold.

DATED this 13th day of March, 2006.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1